In the Matter of MICHAEL HOFFLER, Appellant, v ROBERT M. JACON, as Judge of the County Court of Rensselaer County, et al., Respondents.

Submitted August 16, 2010; decided October 21, 2010

Motion for reconsideration of this Court's July 1, 2010 dismissal order denied [*see* 15 NY3d 768 (2010)]. Motion for leave to appeal denied.